O

NO- JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. LOPEZ; SANTA L. LOPEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>WASHINGTON MUTUAL HOME LOANS, CALIFORNIA RECONVEYANCE CO., DOES 1 THROUGH X INCLUSIVE,<br><br>  Defendants. | Case No. EDCV 09-01633-VAP (Ex)<br><br>**JUDGMENT**<br><br>[Link Doc. No. 7] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against JPMorgan Chase Bank, N.A. (erroneously sued as Washington Mutual Home Loans) is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  November 19, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge