JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. LOPEZ; SANTA L. LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>WASHINGTON MUTUAL HOME LOANS, et al.,<br><br>   Defendants. | Case No. EDCV 09-1633-VAP (Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against JPMorgan Chase Bank, N.A., sued as JPMorgan Chase Bank and Washington Mutual Home Loans, and California Reconveyance Company is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated:  January 6, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge